UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZNER JUNIOR AUGUSTIN,<br><br>                              Petitioner,<br><br>v.<br><br>OTAY MESA DETENTION CENTER,<br><br>                              Respondent. | Case No.:  3:26-cv-3008-CAB-VET<br><br>**ORDER DISMISSING HABEAS PETITION WITH LEAVE TO AMEND** |

Petitioner Fritzner Junior Augustin, an immigration detainee proceeding pro se,[1] has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  The Court **DISMISSES** the Petition **WITH LEAVE TO AMEND** because it fails to name the warden of the facility where Petitioner is detained as a respondent.

Habeas petitioners "challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition." *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024).  The Court cannot exercise jurisdiction unless an amended petition is filed that names the

---

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter.  The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

1

warden of the detention facility where Petitioner is detained as a respondent.  Petitioner may file his amended petition in this case by **June 26, 2026**.  If no amended petition is filed, the case will be closed.

It is **SO ORDERED**.

Dated: May 18, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-3008-CAB-VET